

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00087-CV

TARRANT COUNTY, TEXAS, Appellant　§　On Appeal from the 96th District Court

§　of Tarrant County (096-326847-21)

V.

§　October 24, 2024

SHANADRIA REEVES, Appellee　§　Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to remove the award of future medical expenses for Appellee Shanadria Reeves. It is ordered that the trial court's judgment is affirmed as modified.

It is further ordered that Appellee Shanadria Reeves must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr